## Louis Barto, Appellee, v. Liberty Trucking Company, Appellant.

**Gen. No. 10,123.**

opinion filed September 18, 1947; released for publication October 7, 1947. Perry & Elliott, for appellant; C. Russell Allen, for appellee. Opinion by JUSTICE DOVE. Not to be published in full.